# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Paul Lee Peyronnin
Baker, Donelson, et al
201 St. Charles Ave., Ste 3600
New Orleans LA 70170

William Hector Howard, III
Baker, Donelson, Bearmann
201 St. Charles Ave., Ste 3600
New Orleans LA 70170

**REHEARING ACTION: January 16, 2013**

**Docket Number: 12  00694-CA**

**JOSEPH NED HENRY, JR., ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD COMPANY**

**Appealed from Natchitoches Parish Case No. 82540, Div. B**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Shannon J. Gremillion**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Union Pacific Railroad Company** has this day been

**DENIED.**

cc: John C. Guillet, Counsel for the Appellee